# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MARCUS DRYER, | ) |
| Petitioner, | ) |
| vs. | ) CIVIL ACTION NO. 25-74-KD-MU |
| FEDERAL BUREAU OF PRISONS, | ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge (doc. 3) made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's Order and to prosecute this action.

**DONE** this 28th day of July, 2025.

                                          s/ Kristi K. DuBose
                                       UNITED STATES DISTRICT JUDGE